UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMEL R. DIZER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:09CV369 HEA |
| ) | |
| MICHAEL BOWERSOX, ) | |
| ) | |
| Respondent, ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge David D. Noce, in which Judge Noce recommends denial of Petitioner's Petition for Writ of Habeas Corpus, [Doc. No. 1]. Petitioner has not filed written objections to Judge Noce's Report and Recommendation.

Judge Noce's Report and Recommendation very thoroughly discusses the facts and law applicable to Petitioner's Petitioner.  The Court agrees with Judge Noce's conclusion that Petitioner is not entitled to relief.  The Report and Recommendation is adopted *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus filed by Petitioner Jamel R. Dizer,  [Doc. No. 1], is denied.

A separate judgment in accordance with the Opinion, Memorandum and

Order is entered this same date.

Dated this 13th day of February, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE